IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN PEREZ, | ) Case No. 12-5403-SC |
| | ) |
| Plaintiff, | ) ORDER TO SHOW CAUSE |
| | ) |
| v. | ) |
| | ) |
| CONSOLIDATED TRIBAL HEALTH PROJECT, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

Now before the Court is Defendant Consolidated Tribal Health Project, Inc.'s ("Defendant") Motion to Dismiss the above-captioned matter. ECF No. 4 ("Mot."). The Motion was filed on October 26, 2012, but Plaintiff Helen Perez ("Plaintiff") has yet to respond. Accordingly, IT IS HEREBY ORDERED that Plaintiff is to appear in Courtroom No. 1, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, on January 25, 2013 at 10:00 a.m., to show cause why this action should not be dismissed for failure to prosecute. Failure to comply with this Order will be deemed sufficient grounds for dismissal.

IT IS SO ORDERED.

Dated: January 10, 2013

_____
UNITED STATES DISTRICT JUDGE