1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   HELEN PEREZ,                      )  Case No. 12-5403-SC
                                       )
11            Plaintiff,               )  ORDER GRANTING MOTION TO
                                       )  DISMISS
12       v.                            )
                                       )
13                                     )
     CONSOLIDATED TRIBAL HEALTH        )
14   PROJECT, INC.,                    )
                                       )
15            Defendant.               )
                                       )
16   _____ )
17
18        Now pending before the Court is Defendant Consolidated Tribal
19   Health Project, Inc.'s ("Defendant") unopposed motion to dismiss
20   pursuant to Federal Rule of Civil Procedure 12(b)(1).  ECF No. 4
21   ("MTD").  After Plaintiff Helen Perez ("Plaintiff") failed to file
22   a timely opposition to the motion, the Court issued an order to
23   show cause why the case should not be dismissed.  ECF No. 12.  At
24   the show cause hearing, Plaintiff's counsel explained that
25   Plaintiff believed that this case had been improperly removed to
26   federal court.  The Court instructed Plaintiff to file a motion to
27   remand, which she did on February 8, 2013.  ECF Nos. 15, 16.  On
28   March 21, 2013, the Court denied Plaintiff's motion to remand and

United States District Court
For the Northern District of California

1  instructed her to file an opposition to Defendant's still pending
2  motion to dismiss within fourteen days of the signature date of the
3  Order.  ECF No. 29.  Plaintiff has yet to oppose Defendant's motion
4  to dismiss.  For these reasons and good cause shown, the Court
5  hereby GRANTS Defendant's motion to dismiss and DISMISSES
6  Plaintiff's action in its entirety.

8       IT IS SO ORDERED.

10      Dated:  April 9, 2013                

11                                    _____
                                       UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2